UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Donald J. Lance  
Jennifer L. Lance  

Case No.: 19-32887  
Chapter: 7  
Judge: JNP  

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __04/20/20__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 404 Main Street<br>Blackwood, NJ<br>Value $85,000.00 |
|---|---|

| Liens on property: | Select Portfolio Servicing<br>$162,702.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066  

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Donald J. Lance  
Jennifer L. Lance  
    Debtors

Case No. 19-32887-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Mar 17, 2020  
                           Form ID: pdf905    Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.

```
db              Donald J. Lance,    404 Main St.,    Blackwood, NJ  08012-2721
jdb            +Jennifer L. Lance,    44 Willow Cedar Way,    Blackwood, NJ 08012-4605
518609091      +Atlantic City Power,    295 N Grove St.,    Berlin, NJ 08009-9544
518609092      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
518609093      +Camden County Taxation Board,    520 Market St # 7,    Camden, NJ 08102-1300
518609096      +Citibank N A,    701 E 60th St,    Sioux Falls, SD 57104-0493
518609102      +Emily Lance,    44 Willow Cedar,    Blackwood, NJ 08012-4605
518609104     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus & Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710)
518609109      +Jefferson Health,    PO Box 88,    Philadelphia, PA 19105-0088
518609113      +Lyons Doughty & Veld Huis,    136 Gaither Drive, Suite 100,,    Mount Laurel, NJ 08054-2239
518609115      +Mullooly Jeffrey Rooney And Flynn,    6851 Jericho Turnpike #220, PO Box 9036,
                 Syosset, NY 11791-9036
518609118       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518609122      +Pressler Felt & Warhaw LLp,    7 Entin Rd,    Parsippany, NJ 07054-5020
518609123      +Pressler, Felt & Warshaw, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
518609124       Qualia Collection Services,    PO BOX 4699,    Petaluma, CA 94955-4699
518609125      +Radius Global Solutions LLC,    PO BOx 390846,    Minneapolis, MN 55439-0846
518609126      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
518609127      +Rickart Collection Systemes,    575 Milltown Rd, Po Box 7242,    North Brunswick, NJ 08902-7242
518609130     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518609129       South Jersey Radiology Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
518609137      +TD Bank/Target,    PO Box 673,    Minneapolis, MN 55440-0673
518609139     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Drive, Suite 350,
                 Parsippany, NJ 07054)
518609138       Toyota Financial Services,    PO Box 790069,    St. Louis, MO 63179-0069
518609141      +WRI PM,    3630 Peachtree Rd. NE,    Suite 1500,    Atlanta, GA 30326-1598
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518609089      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 18 2020 01:05:02      ADS/Comenity/Victoria,
                 P.O. Box 182120,    Columbus, OH 43218-2120
518609090      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 18 2020 01:04:50      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
518609094      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 01:01:07
                 Capital One Bank Usa Na,    PO Box 30281,    Salt Lake City, UT 84130-0281
518609097      +E-mail/Text: mediamanagers@clientservices.com Mar 18 2020 01:04:10      Client Services,
                 3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
518609098      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 18 2020 01:05:01      Comenity Bank,
                 PO Box 182124,    Columbus, OH 43218-2124
518609099      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 18 2020 01:05:01      Comenity Capital Bank,
                 PO Box 183003,    Columbus, OH 43218-3003
518609100      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 18 2020 01:05:01      ComenityCapitalBank/Zale,
                 PO Box 182120,    Columbus, OH 43218-2120
518609101      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 18 2020 01:06:05      Convergent,
                 500 SW 7th STreet - Building A 100,    Renton, WA 98057-2983
518609103       E-mail/Text: bnc-bluestem@quantum3group.com Mar 18 2020 01:06:18      Fingerhut,    Po Box 166,
                 Newark, NJ 07101-0166
518609107       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 18 2020 01:04:37      Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
518609108       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 18 2020 01:05:49      Jefferson Capital System,
                 16 Mcleland Road,    Saint Cloud, MN 56303
518609110       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 18 2020 01:01:04      JPMCB Card Services,
                 PO BOX 15369,    Wilmington, DE 19850
518609111      +E-mail/Text: bncnotices@becket-lee.com Mar 18 2020 01:04:26      Kohls Capone,    P.O.Box 3115,
                 Milwaukee, WI 53201-3115
518609112      +E-mail/Text: ebn@ltdfin.com Mar 18 2020 01:04:58      Ltd Financial Services,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
518609114      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 18 2020 01:05:28      Midland Funding LLC,
                 8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
518609116      +E-mail/Text: Bankruptcies@nragroup.com Mar 18 2020 01:06:50      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Mar 17, 2020
                                  Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518609117       +E-mail/Text: Bankruptcies@nragroup.com Mar 18 2020 01:06:50      Ntl Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
518609119       +E-mail/PDF: cbp@onemainfinancial.com Mar 18 2020 00:59:51      OneMain,   300 Saint Paul Place,
                 Baltimore, MD 21202-2120
518609120        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 01:00:12
                 Portfolio   Recovery,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
518609121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 00:59:23
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
518609128       +E-mail/Text: jennifer.chacon@spservicing.com Mar 18 2020 01:06:55
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
518609131        E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:58:53      Syncb/Amazon,   PO Box 965036,
                 Orlando, FL 32896-5036
518609132       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:59:52      Syncb/Jc Penney,   Po Box 965007,
                 Orlando, FL 32896-5007
518611453       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 01:00:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518609133        E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:58:53      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
518609134        E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:58:53      Synchrony Bank / JC Penney,
                 PO Box 960090,    Orlando, FL 32896-0090
518609135       +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:59:52      Synchrony Bank / Toys R Us,
                 PO Box 965005,    Orlando, FL 32896-5005
518609136        E-mail/Text: bankruptcy@td.com Mar 18 2020 01:05:38      TD Bank N.A.,   32 Chestnut St,
                 Lewiston, ME 04240
518609140        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 18 2020 01:05:02
                 World Financial Capital Bank,    P.O. Box 183044,    Columbus, OH 43218-3044
                                                                                             TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518609106*        Internal Revenue Service,   Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518609105*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518609095       ##+Care Centrix,   PO Box 7780,   London, KY 40742-7780
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
```
          Brian    Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.axosfs.com
          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed
           Certificates, Series 2006-WL3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Donald J. Lance mylawyer7@aol.com,   ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Joint Debtor Jennifer L. Lance mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```