Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−32887−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald J. Lance                                        Jennifer L. Lance
404 Main St.                                              44 Willow Cedar Way
Blackwood, NJ 08012−2721                     Blackwood, NJ 08012−2721

Social Security No.:
    xxx−xx−7728                                         xxx−xx−9373

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: March 23, 2020
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-32887-JNP
Donald J. Lance                                                                         Chapter 7
Jennifer L. Lance
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1              Date Rcvd: Mar 23, 2020
                               Form ID: finmgtc           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
db              Donald J. Lance,    404 Main St.,    Blackwood, NJ   08012-2721
jdb            +Jennifer L. Lance,    44 Willow Cedar Way,    Blackwood, NJ 08012-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2020 23:47:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2020 23:47:50      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed
               Certificates, Series 2006-WL3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Seymour    Wasserstrum    on behalf of Joint Debtor Jennifer L. Lance mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour    Wasserstrum    on behalf of Debtor Donald J. Lance mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6